■    GRACE STREVELL, Respondent, v. LOUISE F. MINK, Defendant, and LELAND FILKINS et al., Appellants.— This is an appeal from a denial of a motion for a new trial. Our decision on the appeal from the judgment itself in this case, decided herewith (*ante*, p. 350), makes further consideration of the motion for a new trial unnecessary. Appeal dismissed, without costs. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.